IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

SEP 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

__Terrell Jones__ )
(Full name under which you were convicted) )
 )
__R53358__ )
(Prison Number) ) Docket No. __07-637-MJR__
 ) (To be supplied by Clerk)
__Menard Correctional Center__ )
(Place of Confinement) )

PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. §2254
BY A PERSON IN STATE CUSTODY

__Terrell Jones__, Petitioner
(Full name under which you were convicted)

vs.

__Donald A. Hulick__, Respondent
(Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner),

and  (when applicable)

The Attorney General of the State of
_____.

Rev. 8/96

# PETITION FOR WRIT OF HABEAS CORPUS
# BY A PERSON IN STATE CUSTODY

## INSTRUCTIONS—READ CAREFULLY

1. If you are attacking a judgment which imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you have a sentence to be served in the future under a federal judgment which you wish to attack, you should file a motion under Title 28, U.S.C. §2255, in the federal court which entered the judgment.

2. **Readable** - The petition may be either typed or handwritten, but it must be readable.

3. **One Conviction Per Form** - You can only challenge one criminal conviction in each petition.

4. **Signed Under Penalty of Perjury** - The petition must be signed by you "under penalty of perjury". Any false statement of a material fact may serve as a basis for prosecution and conviction for perjury. Your signature does not have to be witnessed by a notary public.

5. **Copies and Proper Court** - All questions must be answered. When the petition is fully answered, the original and two (2) copies must be mailed to the Clerk of the United States District Court for the Southern District of Illinois, whose address is P.O. Box 249, East St. Louis, IL 62202-02491.

6. **Exhaustion** - Before you can sue in federal court for habeas corpus relief, you must first raise every ground you have in State Court, either by direct appeal, state habeas, and/or post-conviction statutes, and appeal as high in the state court system as they will let you go. If you have not done this, you should either do it now, before filing in federal court, or be prepared to explain on the form why you have not exhausted your state remedies.

7. **All Grounds** - You must include all grounds for relief in this petition and the facts supporting each ground for relief. If you fail to do so, you may be prevented from presenting additional grounds at a later date.

8. **Legal Citations and Arguments** - No citations of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

9. **Fee** - You must either (A) pay the filing fee of $5.00 or (B) if you do not have the money, you may request permission to proceed in forma pauperis, in which event you must complete and sign the motion and affidavit supplied by the clerk's office and have an authorized officer at the penal institution complete and sign the attached certificate. You must also have an authorized officer attach a print-out of your prison trust account activity for the six months prior to the filing of your petition.

10. **Grounds Frequently Raised** - For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded

Rev. 8/96

by a letter is a separate ground for possible relief. YOU MAY RAISE ANY ADDITIONAL GROUND(S). However, you should raise in this Petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of the listed grounds. If you select one or more of these grounds for relief or any other ground(s), you must allege FACTS. The Petition may be returned to you if you merely check the ground(s) listed below.

- a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and consequences of the plea.

- b) Conviction obtained by used of coerced confession.

- c) Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

- d) Conviction obtained by a violation of the privilege against self-incrimination.

- e) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

- f) Conviction obtained by a violation of the protection against double jeopardy.

- g) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

- h) Denial of effective assistance of counsel.

- I) Denial of right of appeal.

## PETITION

1. **Institutional Address:** Menard Correctional Center
   P.O. Box 711
   Menard IL 62259

2. **Court:** Name and location of Court in which the conviction you are challenging was obtained: Cook County Courtroom 303
   2650 South California 7th floor
   Chicago IL 60608

3. **Judge(s):** Trial Judge Stanley Sacks
   Sentencing Judge Stanley Sacks

Rev. 8/96
- 3 -

4. **Date:** What was the date of your conviction? June 13 2006

5. **Crime:**
   a) Of what crime(s) were you convicted? Possession of drugs

   b) Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
   Yes (X)   No ( )

   If yes, explain: I had caught one drug case bonded out and caught another.

6. **Lawyer:** Who was your lawyer?
   a) At preliminary hearing Juanita Lawson Robinson
   b) At arraignment and plea Juanita Lawson Robinson
   c) At trial ____
   d) At sentencing Juanita Lawson Robinson
   e) On direct appeal N/A
   f) In any post-conviction proceeding Adrienne Davis
   g) On appeal from any adverse ruling in a post-conviction proceedings N/A

7. **Plea:**
   a) What your conviction a result of a guilty plea or plea of nolo contendere? (Check one)
   X Yes, guilty plea
   __ Yes, nolo contendere
   __ No

   b) What was the date of your plea? Approx June 13 2006.

   c) If you pleaded guilty to one count or one indictment, and pleaded not guilty or nolo contendere to another, give details: I pleaded guilty to both cases of heroin possession and copped out for bootcamp.

8. **Sentence:** What was your sentence? 6 yers or no time with the Completion of bootcamp.

9. **Trial:**
   a) What kind of trial?
   ___ Jury     _X_ Judge without a jury
   
   b) Did you testify at the trial? ___ Yes _X_ No

10. **Appeal(s):**
    a) Did you appeal your criminal conviction? ___ Yes _X_ No
    
    b) If you did appeal, answer the following:
    
    Name and location of Court to which you first appealed N/A
    
    Date Notice of Appeal was filed N/A
    Result N/A
    Date of Opinion N/A
    Citation of court opinion (if known) N/A
    
    Ground(s) raised on direct appeal N/A
    
    If you did not directly appeal, explain briefly why you did not N/A
    I just didn't appeal yet
    
    c) Did you attempt to appeal the result to the highest state court having jurisdiction? ___ Yes _X_ No
    
    d) If you did attempt to appeal to the highest state court, attach a copy of the petition or motion you made, and answer the following (or attach a copy of the court's opinion or order):
    
    Name and location of Court N/A
    
    Date Petition for Leave to Appeal or Notice of Appeal was filed N/A
    Result N/A
    Date of Opinion N/A

Citation of court opinion (if known) N/A

Ground(s) raised N/A

If you did not appeal to the highest state court, explain briefly why you did not I would add at this time

e) Did you seek permission to file a late appeal? ___ Yes _X_ No

11. **Post Conviction Collateral Proceeding(s):**

   a) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal:
   ___ Yes _X_ No

   b) If yes, give the following information:

   A. First petition, application or motion.

   1) Name of Court N/A

   2) Date Filed N/A

   3) Nature of Proceeding N/A

   4) Ground(s) Raised N/A

5) Did you receive an evidentiary hearing on your petition, application or motion?
___ Yes   X  No

6) Final Result  N/A

7) Date of Final Result (Attach a copy of the court's opinion or order)  N/A

8) If this petition, application, or motion was brought in a state court, did you appeal the result to the highest state court having jurisdiction?
___ Yes   X  No

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)  N/A

9) If you did not appeal, briefly explain why you did not  N/A

B. As to any second petition, application or motion, give the following information:

1) Name of Court  N/A

2) Date Filed  N/A

3) Nature of Proceeding  N/A

4) Ground(s) Raised  N/A

5) Did you receive an evidentiary hearing on your petition, application or motion?
___ Yes   ✓  No

6) Final Result N/A

7) Date of Final Result (Attach a copy of the court's opinion or order) N/A

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
   __ Yes  X No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) N/A

9) If you did not appeal, briefly explain why you did not N/A

C. As to any third petition, application or motion, give the following information:

1) Name of Court N/A

2) Date Filed N/A

3) Nature of Proceeding N/A

4) Ground(s) Raised N/A

5) Did you receive an evidentiary hearing on your petition, application or motion?
   __ Yes  X No

6) Final Result N/A

7) Date of Final Result (Attach of copy of the court's opinion or order) N/A

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
   __ Yes   X No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) N/A _____

   _____
   _____
   _____

9) If you did not appeal, briefly explain why you did not N/A _____
   _____
   _____
   _____

12. **Other Remedies:**

Describe all other procedures, such as administrative remedies, that you have utilized. List the dates when you sought each remedy, the result, and the date of that result. I sent this judge multiple letters in regards to this contract situation. I wrote him 2 letters prior to the third letter on July 1 which talked about me going on hungerstrike to attempt to free myself. I also asked this judge why he didn't answer the first 2. I talked about being surrounded by homosexuals. All due to the contract given by this judge Stanley Sacks to Beyonce Knowles. I've told this judge of my fame and how it has caused me problems. Homosexuals trying to get famous and what not. It's been very torture no gay was necessary.

13. **Ground(s) for Federal Habeas Corpus:**

State in the following paragraph(s) every ground or reason you claim your conviction is improper or unlawful.

A. <u>First Ground</u>

   1) My conviction violates the constitution or laws of the United States because: I wasn't given a right to a fair trial. I am the prophet being seen and heard by the world due to my blessings and Beyonce's seductive presense it pushed people angrily to blackmail me. All these homosexuals have denied me freedom of religion process. I've been placed on strip cell status, maliciously prosecuted and multiple hunger strikes. Sometimes I eat one meal a day due to them C/O's setting and other things in trays due to my total disregard towards homosexuals.

   2) I have already raised this claim in state court.
      Direct Appeal:     __ Yes   X No

      State Habeas Corpus:   __ Yes  X No
      State Supreme Court:   __ Yes  X No
      Other:   __ Yes  X No

Explain: Im filing for the first time.

B. **Second Ground**

1) My conviction violates the constitution or laws of the United States because: its unlawful its a contract agreement that was given to Beyounce knowles the inger that enabled her to keep me locked up for as long as she wants. Giving her the ability to play and sole speak. The badcy of anytime she feels like it can sign on the dotted line and set me free but she refuses, subjecting me to all types of cruel and unusual punishment.

2) I have already raised this claim in state court.

      Direct Appeal:   __ Yes  X No
      State Habeas Corpus:   __ Yes  X No
      State Supreme Court:   __ Yes  X No
      Other:   __ Yes  X No

Explain: N/A

C. **Third Ground**

1) My conviction violates the constitution or laws of the United States because: Beyounce announced once I got to bootcamp that I didn't have to go through the program because she had worked a deal with the judge, and I didn't have to go through it. But after I voluntarily quit she didn't show up like she said but Phoebus did here the conditional release she just had to sign and release me instead I'm being harassed by homosexuals. So in a sense she tricked me now she's stalking.

2) I have already raised this claim in state court.

      Direct Appeal:   __ Yes  X No
      State Habeas Corpus:   __ Yes  X No
      State Supreme Court:   __ Yes  X No
      Other:   __ Yes  X No

Explain: Im filing for the first time.

14. If any of the grounds listed in 13A, B, or C were not previously presented in any court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: At the time, I didn't bring up the issue of Peyaunce Knowles being present because she didn't really make her presence known until I made it to bootcamp. So basically during court and trial proceedings she was barely hiding out. Plus at the time it was a safety issue for me a health risk. I couldve potentially caught a self defense murder or worse, so didn't reveal to the other inmates or court for that matter because I didn't know how long I'd be incarcerated.

15. Do you have any petition or appeal now pending in court, either state or federal, regarding the conviction under attack? __ Yes  X No

    If yes, give the name of the Court and nature of proceeding: N/A

16. **Second or Successive Petitions:**

    a) Is this a second or successive petition? (Have you previously filed a habeas petition in federal court with respect to the judgment you are currently attacking?) Yes ( )  No (√)

    b) If yes, have you attached a copy of an Order from a three-judge panel of the court of appeals authorizing this court to consider this petition? Yes ( )  No (X)

      NOTE: To file a second or successive petition with this court, you must first obtain an Order from a three-judge panel of the court of appeals that authorizes this court to consider this petition. <u>You must attach a copy of such an Order</u>.

      **<u>Failure to attach a copy of such Order will result in automatic dismissal of this petition.</u>**

    c) Does this second or successive habeas petition raise a claim that you have not presented in a previous petition(s)? Yes ( )  No (X)

      If no, answer the following:

      (1) Briefly explain the claim not raised in a previous petition N/A

(2)   Does the new claim rest on new facts that could not have previously been discovered through the exercise of due diligence; <u>and</u> would the facts, if proven and viewed in light of the evidence as a whole, be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found you guilty of the underlying offense? If yes, what are those facts? N/A

(3)   Does the new claim rely on a new rule of constitutional law that was previously unavailable, and which was made retroactive to cases on collateral review by the United States Supreme Court? If so, what is that rule? N/A

### FUTURE SENTENCE

Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack? __ Yes   X No

a)   If yes, give name and location of court which imposed sentence to be served in the future: N/A

b)   Give date and length of sentence to be served in the future: N/A

c)   Have you filed, or do you contemplate filing, any petition attacking the conviction which imposed the sentence to be served in the future? __ Yes   __ No

## REQUEST FOR RELIEF

State here exactly what you want to the court to do:

I would like the court to release me on my own recognizance I've locked up and treated unconstitutionally by all there jealous people, I've been pursued repeatedly by homosexuals and I do not want to continue my unlawful arrest or stay here at Menard. I've written the warden and I've told him I didn't want to be locked up here he barely ignored me. I've written countless grievance I'm very famous and popular the spiritual Adam n prophet I can be a free man but I'm not because Beyonce' hasn't decided to release me yet. I would like to be removed immediately from this prison, because this is cruel and unusual punishment.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, certify to the best of my knowledge, information, and belief, that this petition is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

Signed this 3 day of September, 2007.

_____
Signature of Petitioner

_____
(Signature of lawyer, if any)

Rev. 2/97

- 13 -