THE CIRCUIT COURT FOR THE __Southern__ JUDICIAL COURT
__St. Clair__ COUNTY, ILLINOIS

__Terrell Jones__ )
Petitioner )
v. ) No. __07-637-MJR__
__Hulick__ )
Respondent )

**FILED**
SEP 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), __Terrell Jones__, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since __March 06 - 7 Sep 07__, and am presently held in custody and residing at the __Menard__ Correctional Center in __Menard__ Illinois, County of __Randolph__.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because:
   __The case has some many people involved I've been to 4 different prisons and they're all pretty much the same things as far as constitutional and civil violations and I've written multiple grievances on this issue but nobody responded. All those people played a part.__

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).
   __No action was taken and so every time I write grievances I wasn't even asked about them I simply filed the grievances and they didn't ever return most of them. All grievances have to be kept on file. I need help getting grievances from each prison.__

WHEREFORE, (Petitioner/Respondent) __Terrell Jones__, respectfully requests that counsel be appointed to represent (him/her) in this matter.

_____
(Your Signature)

Type or print name __Terrell Jones__
Register number __B53358__
__Menard__ Correctional Center
Box __711__
__Menard__, Illinois __62259__
(Petitioner/Respondent), Pro Se

Revised Jan 2002

## AFFIDAVIT OF SERVICE

I, ___Terrell Jones___, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at ___Menard___ Correctional Center, ___Menard___ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this ___1___ day of ___September___, 20_07_.

_____
Signature

## VERIFICATION

I, ___Terrell Jones___, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

_____
(Your signature)

IN THE

_____

_____

Terrell Jones_____ )
Plaintiff, )
 )
v. ) Case No. 07-637-MJR
 )
Donald A. Hulick, Stanley Jacks, Thomas Mezo, Juanita )
Defendant et. al____ Lawson Robinson )
 Eugene Knowl__

## PROOF/CERTIFICATE OF SERVICE

TO: Donald A. Hulick_____  TO: Stanley Jacks warden 365_____
Menard Correctional Center___     2650 South California 7th floor___
PO Box 711_____     Chicago, IL 60608_____
Menard, IL 62259_____    _____

TO: Thomas Mezo_____  TO: Juanita Lawson Robinson_____
Menard Correctional Center___     2650 South California 8th floor___
PO Box 711_____     Chicago, IL 60608_____
Menard, IL 62259_____    _____

PLEASE TAKE NOTICE that on ___7 Sept___, 20_07_, I have placed the documents listed below in the institutional mail at ___Menard___ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: To notify them of my appointment of counsel._____

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _7 Sept 07_                    /s/_____
                                     NAME: Terrell Jones_____
                                     IDOC#: R53348_____
                                     ___Menard___ Correctional Center
                                     P.O. BOX _711_
                                     ___Menard___, IL _62259_

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 1 Sept 07

/s/_____
NAME: Tenollyves
IDOC#: R-33358
_____ Menard _____ Correctional Center
P.O. BOX 711
_____ Menard _____, IL 62259