CJRA_T, CLOSED, FILE_CREATED, HABEAS

# U.S. District Court
# Southern District of Illinois (East St. Louis)
# CIVIL DOCKET FOR CASE #: 3:07−cv−00637−MJR

Jones v. Hulick  
Assigned to: Judge Michael J. Reagan  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/05/2007  
Date Terminated: 11/01/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Terrell Jones** represented by **Terrell Jones**  
R53358  
MENARD CORRECTIONAL CENTER  
711 Kaskaskia Street  
PO Box 711  
Menard, IL 62259  
PRO SE

V.

**Respondent**

**Donald A. Hulick**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2007 | 1 | PETITION for Writ of Habeas Corpus filed by Terrell Jones.(jao) (Entered: 09/05/2007) |
| 09/05/2007 | 2 | Letter from USDC/SDIL to Petitioner informing same of case number and filing fee requirements. (jao) (Entered: 09/05/2007) |
| 09/10/2007 | 3 | MOTION to Appoint Counsel by Terrell Jones. (myz) (Entered: 09/10/2007) |
| 09/17/2007 | 4 | MOTION for Leave to Proceed in forma pauperis by Terrell Jones. (myz) (Entered: 09/18/2007) |
| 11/01/2007 | 5 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to ND Illinois, Eastern Division. Signed by Judge Michael J. Reagan on 11/01/07. (eed) (Entered: 11/01/2007) |