

**FILED**

NOV 2 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph - 12 Floor<br>Chicago, IL 60601 | D. RECEIVED ☐ Yes ☐ No<br>NOV 1 3 2007<br>Office Of The Attorney General<br>3. Service Type Office Services<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service) 7004 2510 0001 9494 7359 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

07cv6271