12-18-2007 Ⓐ

Micheal W Dobbins.
Case Number 07 C6271
Case Name Terrell Jones VS: Donald A Hulick.
Judge Mark Filip
In regards to Habeas Corpus Action

**FILED**
DEC 2 6 2007 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I've currently been trying to get that fee paid of $5 I've submitted voucher to be approved All nothing. So I've written home to get that fee paid. So it should be this month so do not I repeat do not cancel my case. My account took a hit because I had to replace items that were stolen boxers, T shirts etc. out of my own pocket because the prison officials are gay. So in any event I've arranged to have this fee paid from home. I've sent so many letters to prevent fag tampering and to make sure you all get the message. So I may need funds transferred or payed straight from home. I sent this request 12-14-07 and they should have home be paying this any minute. I've also submitted another voucher from this prison so soon Thanks You for your patience and understanding the girl's a stalker and I do not and did'nt want her. To the point these fags are stealing laundry. I'll keep you posted.