# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6271 | **DATE** | January 7, 2008 |
| **CASE TITLE** | Terrell Jones (Prisoner Number R-53358) vs. Donald A. Hulick, Warden | | |

**DOCKET ENTRY TEXT:**

By Minute Order of November 15, 2007, the Court denied Petitioner's motion for leave to proceed *in forma pauperis* and directed him to: (1) pay the $5.00 statutory filing fee; and (2) show cause why the petition should not be dismissed without prejudice for failure to exhaust state court remedies prior to seeking federal habeas review. *See* D.E. 7 at 1-2 (discussing caselaw). Although Petitioner has paid the $5.00 filing fee as directed, he has not responded to the order to show cause. On the Court's own motion, Petitioner is granted an additional twenty-one days from the date of this order to show cause. Failure to do so will result in summary dismissal of this case without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

■ [**Docketing to mail notices.**]

*/s/ Mark Filip*