

Attachment

Circuit Clerk / Clerk of the court                    Court letter

Michael W. Dobbins                Case Name: Terrell Jones v.s Donald A. Hulick

My name is Terrell Jones. I'm writing in regards of case # 07C6271 Habeas Corpus Action. My Judge is Mark Filip. I'm writing in regards to the status of my case. I need to know who my judicial officer is working the case and how long it should be before I recieve a court date seeing as though my constitutional rights have clearly been violated as well as a conspiracy to commit murder has just taken place. Everybody knows about this conditional release. I'm not even suppose to be here at all, a conspiracy to commit murder has been attempted also. If you could forward this receipt and money voucher info to the cashier I paid the Habeas Corpus Court fee of $5 twice and I need that last $5 payment redirected back to my account at Menard. All the numbers of both the receipt and voucher have been given. Obviously this is a very uncomfortable situation and should be handled quickly and seriously seeing as though I'm worth a lot of money and in jail for nothing.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____   Date _____

Offender Name _____ ID# _____ Housing Unit _____

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# _____

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Attention Cashier

Nadine

Case Name: Terrell Jones vs Donald A. Hulick

I'm writing in regards to case: 07C6271 Habeas Corpus Action

My judge is Mark Filip Clerk Micheal W. Dobbins.

Court Receipt info! *

My payment posted by money order on 21 Dec 2007

Receipt No. 103 42738 Cashier Nadine M.O. Number M02275 transaction type N

DP code: 4624 Dr No. 1 Acct 088900 amount $5.00

I paid the fee twice a money voucher was submitted from Menard date 12-6-07 from cell 4/2 Norting Seg house Inmate ID # 53358

Money voucher info! *

Posting Document # 88212136 I need that $5.00 re routed to my account check those numbers you'll see I paid that 5.00 fee twice.

[signature]