FILED JAN 22 2008 JAN 22 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Attention Clerk: * Petition to Show Cause and Warrant *
Habeus Corpus Action!

Micheal W. Dobbins

This is in regards to case #07C6271 Terrell Jones vs Donald A. Hulick. Murder one because this judge Stanley Sacks is guilty of judicial misconduct and has conspired with singer Beyounce Knowles to murder me by way of conditional release. State law and constitution prohibits such contracts. Stating no judge shall hold a position of profit, this judge took bribes of $20000 to $25000. Beyounce the time was trying to get me raped and murdered as I sit in the county for 5 months. This judge nore did my public defender at the time Jennifer Lawson Robinson didn't say a thing. Restrictions upon powers of states: Constitutional law states no state shall enter a treaty, alliance or confederation, grant letters of Marque and Reprisal, pass any bill of attainder, law of impairing the obligations of contracts, or grant any title of nobility. This judge through this conditional release formed a treaty and alliance with Beyounce as she was allowed to penetrate the legal system and stalk me. Grant letters of Marque or Reprisal: Civil? After this woman tried to get me raped he murdered he clearly sat back and watched that granting her by way of conditional release the ability to further observe watch and stalk me undetected as these other jealous men to conspired and didn't say anything. This conditional release was another attempt to murder me. gone bad because I remain in segregation not population. This judge is facing impeachment do to his misconduct conspiracy to commit murder sexual assault and to violate my civil and constitutional rights. Disqualification of public offices states: A person convicted of a felony bribery, perjury or other infamous crimes is disqualified from public office. I'm a very famous person this corrupt politician just conspired to murder me. Me and Beyounce Knowles because I didn't want her, he didn't even ask if I liked her. I plan to notify the House and State Senate of this issue as this judge is facing removal and indictment

no obligations of contract.

Constitutional rights.

for his role in this conspiracy. Beyonce was suppose to leave me for dead. Amendment violations committed by this Judge Stanley Sacks. 1st amendment free speech was violated due to the threat posed by Beyonce during my court preceding. I would've complicated things for my self openly stating I knew that Beyonce was present. Civil rights violation Intimidation or Aggravated intimidate, law states that the offense is committed with the intent to prevent a person from being a community policing volunteer. I couldn't openly defend myself in court without further placing myself in danger. 4th Amendment Searches & Seizure - Beyonce then and now has been allowed into my private life. She was even taking pictures of me on the yard. And now she goes through my mail, even had me transported to a prison with all fags. 5th Amendment Self incrimination, due process: these conditions forced me to plead guilty. That woman was trying to get me killed by making the other men jealous and announcing my fame. 8th Amendment Excessive Bail fines & punishment. To constitute cruel and unusual punishment with this conditional release given to Beyonce she's been able to act out her rage by masturbating sticking her thumb up her ass, then placing me in here with fags because I didn't like her. The judge conspired to help her do this. 13th Amendment abolished slavery This is obviously involuntary servitude. I'm not even suppose to be here or even incarcerated for that matter, the release brought back slavery. 14th Amendment Citizenship rights not to be abridged by the State. As a citizen I'm guaranteed my civil and constitutional rights. This Judge, Beyonce Knowles and others have conspired to violate these rights. This judge is facing legislative review for high crimes. Impeachment law states: The President, Vice President, and all civil Officers of the United States shall be removed from office on Impeachment for and conviction of Treason, Bribery or other high crimes and Misdemeanors This is obviously a high crime a conspiracy to commit murder, multiple conspiracies to commit murder, sex crimes,

Attached!
Circuit Court.    * Petition to Show Cause and Warrant *
                    Habeas Corpus Actim'l

Sexual misconduct, sexual harassment, solicitation for murder as Beyounce was allowed to develope a means to complete the attempt and Hate Crime: A person commits hate crime when by reason of the actual perceived race, color, creed, religion ancestary, gender sexual orientation physical or mental disability he commits assault/ battery, aggravated assault or disorderly conduct. Beyounce this Judge again committed this offense obviously and the Supreme court wants to hear about it I'm sure. This Prison menard has committed Hate crime by trying to force me to have sex with fags by food deprivation/starvation, intimidation of bodily injury, they've stolen legal books, pens, addresses to news media & press. I'm currently losing [weight] a day due to spitting and even c/o's ejaculating in trays in retailiation of me not liking fags. That would be deemed as unconstitutional again Congress and the Supreme court need to know about this. I've also filed charges on Beyounce and Prison personnel that would further credit my disposition to this situation. I'm very famous, these fags have conspired to get famous off of a sexual encounter due to the amount of women interested in me again Beyounce's just sitting there because she has tried multiple times to murder me and is facing charges because of it. Again the Supreme Court has to act because one of his officers screwed up. It's not my fault that he did more crimes. This prison wardens and other personnel are guilty of stalking kidnapping, aggravated kidnapping among other charges. I'll submit documents signed by the chief administrator Warden Donald A. Hulick clearly stating or checking the box that says " Do not expedite." Meaning send to Grievance officer even IA to be investigated signed and dated more probable cause to notify the Supreme court this is a very big deal. So he's obviously the ringleader and I submitted grievances about Pissbanging on walls, c/o's spitting in trays, even denying me my tray, fags and c/o stealing my clothes in retaliation for me not allowing sexual acts. The Warden

2 of 2

clearly displayed his corruption as he told them not to investigate. I'm a very famous person I don't and did not like Beyounce, this was a conspiracy to murder me that's why I did not know about it. It went sour, in retaliation for my ill will against her after the murder attempt she masturbated and locked me in here with fags, it's safe to say this woman's the enemy. Currently due to the fags becoming aware of my removal or potential removal they've stolen money, vouchers, mail and other things to continue to stalk me. The warden is stalking me as I clearly don't want to be here. He didn't contact any authorities because he's the ringleader-who would call the cops on himself. You definitely needs to be reviewed by congress for the judges removal. I will attach the clothing grievances I wrote about my clothing, even tried to purchase clothing they wouldn't give them to me because there all fags that conspire to see me naked. These people have tried and are trying to murder me another reason to go forward with this case. Carelessness could result in murder charges these are all valid reasons to continue. Plus I don't even know this girl and after all this I don't want to know her. So yes we must prevail and continue because I am a U.S citizen unlawfully incarcerated. Upon my release this judge faces indictment and removal by the Supreme court until his impeachment. Corruption is a big deal and he needs to face legal action for his ill will and total disregard to the threat posed by this woman Beyounce shadowing and this conditional release to the point these people are trying to starve me to death and spit toxic germs in my food all because I'm a heterosexual. This judge acted on behalf of the state of Illinois and has invited through his example others like the warden, who to openly rejects to do his job due to jealousey resulting in this conspiracy to commit murder & hate crime. Countless levels of constitutional violations alleged, yes this is a case for the Supreme Court.

P.S I do apologize for the delay.

[signature]

P.S. Beyounce's facing murder charges that's why the won't set me free!

[signature]

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**COMMITTED PERSON'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 4/00/07 | Committed Person (Please Print): Torrell Miller | IDN: R53358 |
| Present Facility: | Facility where grievance issue occurred: Menard | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___  Date of Report ___  Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Attention Counselor Miller. I submitted a clothing slip to clothing on the day shift on the 18 Aug 07 because my laundry bag was given to cell 410 by C/o Thoerick. I haven't received anything back from clothing and it's been a month. Can you check that for me. Also commissary I've been trying to order boxers for a couple of months. Due to the theft and fight on the yard. If you could contact clothing I'll fill out another slip in the mean time. I have no T-shirts because of this incident. # Get Cocked in here immediately.

**Relief Requested:** I would like my clothing replaced. If you could notify Beyonne as well as me because I'll be looking for you.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature: /s/  ID#: R53358  Date: 4/00/07

OCT 03 2007

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: ___

Print Counselor's Name ___  Counselor's Signature ___  Date of Response ___

**EMERGENCY REVIEW**

Date Received: 10/4/07

Is this determined to be of an emergency nature?
- [ ] Yes: expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: D. Hulick  Date: 10/4/07

Distribution: Master File; Committed Person  Page 1  DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: 6 Oct 07
Committed Person (Please Print): Tarrell Jones
ID#: R53358

Present Facility:
Facility where grievance issue occurred: Menard

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): commissary

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Attention!!! Warden Walker Major Nowie Counselor Miller I'm writing because my laundry was stolen Aug 15 2007 by this band of homosexuals. I filed out a clothing slip that didn't go through. I'll be filling out another Oct 2007 and I will give it to the day shift officer Reynolds. I am limited in my boxers and I've been writing commissary for 4 months trying to buy some. I also want the stolen ones replaced. C/O Lockhead is in charge of the commissary this is cover and unusual your not supposed to deny me commissary because I don't like sissies to. that's garbage. He claims they can out every month I even have the old slips to prove my request. & that should end that.

Relief Requested: I want my clothing slip filed and I want Lockhead to allow me to purchase my boxers on commissary because I do not like I shouldn't be refused my commissary.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature ___ ID# R53358 Date 6 Oct 07

OCT 10 2007

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response:

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: 10/10/07   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date 10/10/07

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper