# United States District Court

## Northern District of Illinois

Eastern Division

Terrell Jones　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　Case Number: 07 C 6271

Donald A. Hulick, Warden

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Terrell Jones's petition for a writ of habeas corpus is dismissed without prejudice for failure to exhaust state court remedies prior to seeking federal habeas review. The case is terminated pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 1/28/2008　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　/s/ Gladys Lugo, Deputy Clerk